AMERICAN WOOLEN COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.

(Claims Nos. 2195a, 15859, 17115.) — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.